# United States Bankruptcy Court
## Southern District of Florida

In re  **American Storage Solutions, LLC**
Debtor(s)

Case No.
Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **American Storage Solutions, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**November 30, 2021**
Date

**/s/ Brian K. McMahon**
**Brian K. McMahon 853704**
Signature of Attorney or Litigant
Counsel for **American Storage Solutions, LLC**
Brian K. McMahon
1401 Forum Way
6th Floor
West Palm Beach, FL 33401
561-478-2500 Fax:561-478-3111
briankmcmahon@gmail.com